AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robart, James L. | U.S. Dist Court, W.D. of WA | 05/06/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge (active) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

700 Stewart Street, 14th Floor
Seattle, WA 98101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritus | Whitman College |
| 2. | Trustee | Foundation # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2012 | Paintings sold for cash. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Conference Institute | January 26-27, 2012 | New York, New York | Litigating Disability Claims | Airfare, Lodging, Taxi, and Parking |
| 2. | American Conference Institute | January 30 - February 2, 2012 | Miami, Florida | Long-Term Care Litigation CLE | Airfare, Lodging, Taxi, and Parking |
| 3. | American Conference Institute | March 29 - 30, 2012 | Houston, Texas | Maritime Litigation CLE | Airfare, Lodging, Taxi, and Parking |
| 4. | American Conference Institute | April 24-25, 2012 | Chicago, Illinois | Chemical Products Liability CLE | Airfare, Lodgin, Taxi, and Parking |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Bank of America | Credit Card | J |
| 3. | Whitman College | Multi-year pledge | M |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Interest | J | T | | | | | |
| 2. Key Bank | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Island Cnty Rental Property (2012 - $264,700) | A | Rent | O | S | | | | | |
| 4. Seattle, WA King Cnty Rental Property (2012 - $204,000) | D | Rent | M | S | | | | | |
| 5. Bank of Washington Common Stock | | None | J | T | | | | | |
| 6. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 7. -- Starbucks Common Stock | C | Dividend | P1 | T | Donated (part) | | | | |
| 8. -- Schwab Money Fund | A | Interest | M | T | | | | | |
| 9. -- Silver Standard Common Stock | | None | J | T | | | | | |
| 10. -- Gabriel Technologies Corp. | | None | J | T | | | | | |
| 11. -- MSCI Em. Mkts I-Shares | E | Dividend | O | T | | | | | |
| 12. -- MSCI EAFE Index Fund | D | Dividend | M | T | | | | | |
| 13. -- S&P 600 I-Shares | D | Dividend | O | T | | | | | |
| 14. -- Vanguard REIT Fund | D | Dividend | N | T | | | | | |
| 15. -- S&P 500 IShares | D | Dividend | O | T | | | | | |
| 16. -- Boston Priv. Fin. Hldg. | A | Dividend | L | T | | | | | |
| 17. Chevron Common Stock | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard GNMA Mutual Fund | B | Dividend | M | T | | | | | |
| 19. BROKERAGE IRA #1 | | | | | | | | | |
| 20. --Gov't FHLBB Notes | B | Interest | | | Matured | 01/15/12 | L | | |
| 21. -- Resolution Trust Strips | | None | | | Matured | 01/15/12 | K | | |
| 22. -- Fed Nat Mortg. Notes | B | Interest | | | Matured | 05/18/12 | L | | |
| 23. -- MSCI EAFE Index I-Shares | D | Dividend | P1 | T | | | | | |
| 24. -- S&P Small Cap 600 IShares | E | Dividend | P1 | T | Buy (add'l) | 01/03/12 | O | | |
| 25. -- SW Bank of St. Louis CD | C | Interest | L | T | | | | | |
| 26. -- Costco Corp. Notes | A | Interest | | | Matured | 03/15/12 | L | | |
| 27. -- Nat. City Bank CD | C | Interest | L | T | | | | | |
| 28. -- First Bank of Puerto Rico CD | C | Interest | L | T | | | | | |
| 29. -- GE Capit. Notes | C | Interest | L | T | | | | | |
| 30. -- Banco Pop. Corp. N.A. CD | C | Interest | L | T | | | | | |
| 31. -- GE Money Bank CD | C | Interest | L | T | | | | | |
| 32. -- U.S. Treasury Strips | | None | | | Matured | 11/15/12 | K | E | |
| 33. -- S&P 500 I-Shares | D | Dividend | N | T | | | | | |
| 34. -- Schwab Money Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L.. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Capmark Bank CD | C | Interest | L | T | | | | | |
| 36. -- SallieMae Bank CD | C | Interest | L | T | | | | | |
| 37. -- U.S. TIPS | C | Interest | N | T | Buy (add'l) | 04/19/12 | M | | |
| 38. | | | | | Sold (part) | 07/16/12 | M | C | |
| 39. -- Vanguard REIT | D | Dividend | O | T | | | | | |
| 40. -- Emrg. Mkt. I-Share | C | Dividend | O | T | Buy (add'l) | 02/13/12 | M | | |
| 41. -- General Mills Notes | C | Interest | L | T | | | | | |
| 42. -- Bank of America Notes | C | Interest | M | T | | | | | |
| 43. -- Morgan Stanley Notes | D | Interest | M | T | | | | | |
| 44. --CISCO Systems Note | D | Interest | M | T | | | | | |
| 45. -- Discover Bank CD | B | Interest | M | T | | | | | |
| 46. --Goldman Sachs Notes | C | Interest | M | T | | | | | |
| 47. --Pfizer Notes | A | Interest | M | T | Buy | 12/26/12 | M | | |
| 48. --GE Cap. Fin. Co. | B | Interest | M | T | Buy | 01/03/12 | L | | |
| 49. --Goldman Sachs BK CD | A | Interest | M | T | Buy | 07/17/12 | M | | |
| 50. BROKERAGE IRA #2 | | | | | | | | | |
| 51. -- U.S. Treasury Strips | | None | | | Matured | 11/15/12 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L.. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Janus Balanced Mut. Fund | A | Dividend | K | T | | | | | |
| 53. -- T.R. Price New Asia Mut. Fund | C | Dividend | K | T | | | | | |
| 54. -- Schwab Money Fund | A | Interest | J | T | | | | | |
| 55. -- MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 56. -- S&P 500 I-Shares | A | Dividend | M | T | | | | | |
| 57. -- MSCI Em. Mkts I Share | A | Dividend | L | T | | | | | |
| 58. -- S&P Small Cap 600 I Shares | A | Dividend | L | T | | | | | |
| 59. FOUNDATION # 1 | | | | | | | | | |
| 60. -- Boeing Common Stock | B | Dividend | K | T | | | | | |
| 61. -- Exxon Mobil Common Stock | B | Dividend | K | T | | | | | |
| 62. -- IBM Common Stock | B | Dividend | L | T | | | | | |
| 63. -- 3M Common Stock | B | Dividend | K | T | | | | | |
| 64. -- RBC Prime Money Fund | C | Dividend | M | T | | | | | |
| 65. -- Eagle Mid Cap Fund | | None | | | Sold | 01/10/12 | M | | |
| 66. -- Fidelity Lev. Co. Fund | | None | | | Sold | 01/10/12 | M | E | |
| 67. -- Keeley Sm. Cap. Fund | A | Dividend | M | T | | | | | |
| 68. -- Russell Emerg. Mkts FD | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Thornberg Int'l Value FD | | None | | | Sold | 01/10/12 | M | | |
| 70. -- Thornberg Int'l Growth FD | | None | | | Sold | 01/10/12 | M | E | |
| 71. -- Eaton Vance Strag Income FD | D | Interest | M | T | Buy (add'l) | 01/10/12 | K | | |
| 72. -- Pimco Bd. Fund | C | Interest | M | T | | | | | |
| 73. -- J.P. Morgan Strag Income Bd. Fund | D | Interest | M | T | | | | | |
| 74. -- Praxair | B | Dividend | L | T | | | | | |
| 75. -- IShares Med Devices | A | Dividend | L | T | | | | | |
| 76. -- IShares Tech Index | A | Dividend | K | T | | | | | |
| 77. -- IShares Consumer Serv Index | A | Dividend | L | T | | | | | |
| 78. -- J.P. Morgan Large Cap Fund | B | Dividend | N | T | | | | | |
| 79. --UIT First Trust Global | | None | | | Sold | 01/10/12 | M | D | |
| 80. --Pimco All Assets Fund | D | Dividend | M | T | | | | | |
| 81. -Prinicipal Mid-Cap Fund | C | Dividend | N | T | Buy | 01/10/12 | N | | |
| 82. Henderson Glb. Equ. | E | Dividend | M | T | Buy | 01/10/12 | N | | |
| 83. Vanguard Intl. Tax Managed Fund | E | Dividend | O | T | | | | | |
| 84. TREASURY DIRECT ACCOUNT | | | | | | | | | |
| 85. -- 6/30/13 Note | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/06/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Robart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544